thank you very much. PLAYING Good morning ladies and gentlemen thanks for being here tonight I'm sorry we didn't have a few more speakers I think its a little too much Aside from myself,Chris That you are going to be talking today Chris, lets get some social distancing from up here Are you understanding? We are closed off but if you're in a store or without a mask Please be careful you are looking towards the U Service and solid security is the word is there Stop this pinpointing Chris Continue its your address Jerry tonnes here, what is your address? Please don't mention your service location That is a property of your business You station there allowed for your own tile That was your professionalization But it was only a part of your professionalization How about you do IT and art A part of your service limitation with your knowledge would have turned your business So I have you by your back As I said, your location works for convenience it works for consulting paper when there's So You're a facilitate so History wisdom And somehow you get along with your with your your hearing probably 20 it's it's You show up after you're or that almost used for And and I go into this most You I know and do work or see hearing each you hearing it interested the the  and or or in  hearing hearing in other   it  that it's it's useful at any less useless system or a system or a system or a whole whole whole  world world world world option option region region region region region  region   and  there there and and there I'm I'm I'm no no no you I'm you and and         and        and and  and    and and nd and nd and and and  and and and and and and  and and and and th nd nd that that lo gh gh  gh gh   ghu gh  gh    ghu gh e  e gh m m m m m   m m pr pr pr  pr pr  pr pr pr pr pr pr p but his his  his his says says says says  says says says not say u u u u u  u not that the that that the that that that that that that that buy buy  buy buy  buy buy buy buy guys guys and and and         no       no no no no no no no no no  no no  no no no no no no no no no no none  none none none none none  none none  None  none none none none  none none none none none none none none none none none none none all all all all all all all all      all        the the the the the the the the   the the to to to  to  to to to to to to  to  to to  to to to to to to to to to to were were were were  were were were citing citing citing citing  .   . . . . . . over over over over over
judges: Graber, Tallman, Rakoff